UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:18-cr-191-Orl-37GJK

RODERICK WARDEN; and GERALD
NICHOLSON

## ORDER

Before the Court are Defendants' motions for release from custody pre-sentencing following the entry and acceptance of Defendants' guilty pleas to a qualifying offense under 18 U.S.C. § 3143. (Doc. 67 ("**Nicholson Motion**"); Doc. 69 ("**Warden Motion**").) On referral, and after holding a hearing, U.S. Magistrate Judge Gregory J. Kelly recommends denying both motions. (Docs. 73, 76 ("**R&Rs**.").) For the Nicholson Motion, Magistrate Judge Kelly recommends denial because the medical procedure is both unnecessary and not an "exceptional" reason justifying release from detention. (Doc. 73, pp. 2–3.) And he recommends denying Warden's Motion because his desire to seek out-patient drug treatment and support his family are similarly unavailing and unexceptional. (Doc. 76, p. 2.) Defendants did not object to the R&Rs, and the time for doing so has now passed. Absent objections, the Court has examined the R&Rs only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court concludes that the R&Rs are due to be adopted in their entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendations (Docs. 73 and 76) are **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2. Defendant Gerald Nicholson's Motion for Release from Custody for Medical Purposes (Doc. 67) is **DENIED.**

3. Defendant Roderick Warden's Motion for Release (Doc. 69) is **DENIED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 26, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record